IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE TERRELL RADFORD                                                                PLAINTIFF
ADC #655432

v.                          Case No. 5:18-cv-00044-KGB/JTK

TEMEKA L. PICKETT                                                                     DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed. The relief requested is denied. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal this Judgment would not be taken in good faith.

So adjudged this 5th day of September 2019.

_____
Kristine G. Baker
United States District Judge